UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

IN RE: )
)
DESERT SAGE BUILDING & ) Case Number 09-13214-s7
DEVELOPMENT, INC., )
) Chapter 7
)
Debtor.

## NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010(B) AND BANKRUPTCY RULE 2002 REQUEST FOR COPIES OF ALL NOTICES, DOCUMENTS, COPIES AND PLEADINGS

TO THE CLERK OF THE COURT, THE DEBTOR,
ALL CREDITORS AND PARTIES IN INTEREST:

Please take notice that JAMES W. BREWER of the law firm of KEMP SMITH LLP, El Paso, Texas, hereby enters an appearance as counsel of record for **Dr. Timothy McComas** and **Alexandra McComas**, parties in interest in this chapter 7 case. **Dr. Timothy McComas** and **Alexandra McComas** request that copies of all notices, filings and papers filed or served in this case be given to and served upon:

JAMES W. BREWER
KEMP SMITH LLP
P.O. Drawer 2800
El Paso, Texas 79999-2800
(915) 533-4424
(915) 546-5360 (FAX)
jbrewer@kempsmith.com

This request encompasses, but is not limited to, all notices, copies, documents, and pleadings referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017, 4001, or 9007 of the Bankruptcy Rules; including, without limitation, notices and copies of any orders, motions, demands, complaints, pleadings, papers, requests, applications, answers, or any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, telex or otherwise, which affects or seeks to affect the above-

16996.00100/JBRE/PLEA-1/1066437.1

captioned case.

>Respectfully submitted,
>
>KEMP SMITH LLP
>P.O. Drawer 2800
>El Paso, Texas 79999-2800
>(915) 533-4424
>(915) 546-5360 (FAX)
>
>By: _____
>JAMES W. BREWER
>State Bar No. 4264
>Attorneys for Dr. Timothy McComas and Alexandra McComas

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was delivered by first class, U.S. mail to the parties on the attached list this 12th day of November, 2008.

_____
JAMES W. BREWER

08438.00600/JBRE/PLEA-1/948349.1

Desert Sage Building & Development, Inc.
8423 Forrester Blvd.
Springfield, VA 22152

David T. Thuma
500 Marquette Ave NW Ste. 650
Albuquerque, NM 87102-5309

Kieran F. Ryan
Trustee
P.O. Box 26
Las Cruces, NM 88004-0026

US Trustee
United States Trustee
P.O. Box 608
Albuquerque, NM 87103-0608

Bradford H. Eubanks
P.O. Box 1837
Las Cruces, NM 88004-1837

Gail Gottlieb
Benjamin E. Thomas
Sutin, Thayer & Browne
P.O. Box 1945
Albuquerque, NM 87103-1945

Matthew P. Holt
Holt Babington Mynatt, PC
P.O. Box 2699
Las Cruces, NM 88004-2699

David McNeill, Jr.
Holt Babington Mynatt, PC
P.O. Box 2699
Las Cruces, NM 88004-2699

H. Christopher Mott
P.O. Box 1322
El Paso, Texas 79947-1322

James A. Roggow
P.O. Box 1837
Las Cruces, NM 88004-1837

Rosa Q. Valencia
P.O. Box 1928
Albuquerque, NM 87103-1928