# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO
## NEW MEXICO DIVISION

In re: DESERT SAGE BUILDING & DEVELOPMENT, § Case No. 09-13214-M7
§
EAST MESA HOMES, INC. §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

KIERAN F. RYAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $5,459,103.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $259,205.08 | Claims Discharged Without Payment: $718,723.15 |
| Total Expenses of Administration: $56,784.18 | |

3) Total gross receipts of $ 324,584.30 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 8,595.04 (see **Exhibit 2**), yielded net receipts of $315,989.26 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $15,069.60 | $3,900,651.94 | $245,000.00 | $245,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 28,624.51 | 56,784.18 | 56,784.18 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 42,927.16 | 107,279.67 | 58,055.70 | 14,205.08 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 135,380.78 | 1,010,342.46 | 674,872.53 | 0.00 |
| **TOTAL DISBURSEMENTS** | $193,377.54 | $5,046,898.58 | $1,034,712.41 | $315,989.26 |

4) This case was originally filed under Chapter 7 on July 23, 2009. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/25/2012    By: /s/KIERAN F. RYAN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Savings Account - BBVA Compass Bank | 1129-000 | 418.65 |
| Bank Account - Bank of the rio Grande | 1129-000 | 49.92 |
| Bank Account - Pioneer Bank | 1129-000 | 167.23 |
| Office equipment, furnishings and supplies | 1129-000 | 30,195.00 |
| Misc. building materials, supplies & small tools | 1129-000 | 5,805.00 |
| Undeposited funds-1340 Picacho Hills Dr. | 1129-000 | 3,096.73 |
| 541 Lakeshore, Elephant Butte, NM | 1110-000 | 265,814.74 |
| Trust account balance at Beasley, Mitchell & Co. | 1290-000 | 8,595.04 |
| Refund - advance for 6830 Bright View Rd. | 1290-000 | 607.82 |
| TAX REFUNDS (u) | 1224-000 | 9,802.89 |
| Interest Income | 1270-000 | 31.28 |
| **TOTAL GROSS RECEIPTS** | | **$324,584.30** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Philip J. Montoya | Pursuant to Stipulated Order of 9/2/10 (doc #72)- turnover of funds deposited to wrong case | 8500-002 | 8,595.04 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$8,595.04** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Ed and Bronte Nelson | 4110-000 | N/A | 5,834.93 | 0.00 | 0.00 |
| 3 | Casa Mexicana Tile Distributors | 4110-000 | N/A | 8,690.19 | 0.00 | 0.00 |
| 14S | Eagle Security LLC | 4110-000 | N/A | 7,574.25 | 0.00 | 0.00 |
| 16 | Malooly's Carpet City | 4110-000 | N/A | 13,472.76 | 0.00 | 0.00 |
| 17 | First American Bank | 4110-000 | N/A | 847,625.96 | 0.00 | 0.00 |
| 18S | Bank of the Rio Grande | 4110-000 | N/A | 120,000.00 | 0.00 | 0.00 |
| 19 | Las Cruces Winnelson Co | 4110-000 | N/A | 38,666.34 | 0.00 | 0.00 |
| 32S | CRNA Inc | 4110-000 | N/A | 682.75 | 0.00 | 0.00 |
| 33S | Morales General Contractors Inc | 4110-000 | N/A | 103,851.10 | 0.00 | 0.00 |
| 34S | Art Glass, Inc. | 4110-000 | N/A | 7,478.07 | 0.00 | 0.00 |
| 36 | Grind LLC | 4110-000 | N/A | 1,187.50 | 0.00 | 0.00 |
| 40S | Pioneer Bank | 4110-000 | N/A | 93,632.63 | 0.00 | 0.00 |
| 41S | Pioneer Bank | 4110-000 | N/A | 477,294.20 | 0.00 | 0.00 |
| 42S | Pioneer Bank | 4110-000 | N/A | 56,035.53 | 0.00 | 0.00 |
| 46S | Foxworth Galbraith Lumber Company | 4110-000 | N/A | 13,365.68 | 0.00 | 0.00 |
| 49S | Juan Garcia Tile Experts | 4110-000 | 15,069.60 | 14,223.20 | 0.00 | 0.00 |
| 50 | Michael W. Foote | 4110-000 | N/A | 205,376.00 | 0.00 | 0.00 |
| 52 | Compass Bank | 4110-000 | N/A | 448,687.45 | 0.00 | 0.00 |
| 53 | Compass Bank | 4110-000 | N/A | 375,489.62 | 0.00 | 0.00 |
| 54 | Compass Bank | 4110-000 | N/A | 99,816.58 | 0.00 | 0.00 |
| 55 | Compass Bank | 4110-000 | N/A | 107,305.29 | 0.00 | 0.00 |
| 56 | Compass Bank | 4110-000 | N/A | 104,107.68 | 0.00 | 0.00 |
| 57 | Compass Bank | 4110-000 | N/A | 505,254.23 | 0.00 | 0.00 |
|  | Compass Bank | 4110-000 | N/A | 245,000.00 | 245,000.00 | 245,000.00 |
| **TOTAL SECURED CLAIMS** | | | $15,069.60 | $3,900,651.94 | $245,000.00 | $245,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KIERAN F. RYAN | 2100-000 | N/A | 19,049.46 | 19,049.46 | 19,049.46 |
| KIERAN F. RYAN | 2200-000 | N/A | 1,123.24 | 1,123.24 | 1,123.24 |
| Beasley, Mitchell & Co., LLP | 3410-000 | N/A | 0.00 | 27,823.60 | 27,823.60 |
| Beasley, Mitchell & Co., LLP | 3420-000 | N/A | 0.00 | 336.07 | 336.07 |
| International Sureties, Ltd. | 2300-000 | N/A | 3.97 | 3.97 | 3.97 |
| De's Lock & Key | 2420-000 | N/A | 37.60 | 37.60 | 37.60 |
| Picacho Hills Utility Co. | 2420-000 | N/A | 19.15 | 19.15 | 19.15 |
| City of Las Cruces | 2420-000 | N/A | 152.67 | 152.67 | 152.67 |
| Picacho Hills Utility Co. | 2420-000 | N/A | 24.57 | 24.57 | 24.57 |
| El Paso Electric Company | 2420-000 | N/A | 349.07 | 349.07 | 349.07 |
| City of Las Cruces | 2420-000 | N/A | 19.76 | 19.76 | 19.76 |
| Picacho Hills Utility Co. | 2420-000 | N/A | 24.43 | 24.43 | 24.43 |
| El Paso Electric Company | 2420-000 | N/A | 139.91 | 139.91 | 139.91 |
| Home Appliance Service, Inc. | 2410-000 | N/A | 133.23 | 133.23 | 133.23 |
| Charles F. Dickerson, Inc. | 3610-000 | N/A | 3,196.14 | 3,196.14 | 3,196.14 |
| Charles F. Dickerson, Inc. | 3620-000 | N/A | 2,061.36 | 2,061.36 | 2,061.36 |
| City of Las Cruces | 2420-000 | N/A | 20.77 | 20.77 | 20.77 |
| Picacho Hills Utility Co. | 2420-000 | N/A | 24.57 | 24.57 | 24.57 |
| El Paso Electric Company | 2420-000 | N/A | 97.80 | 97.80 | 97.80 |
| City of Las Cruces | 2420-000 | N/A | 22.12 | 22.12 | 22.12 |
| Picacho Hills Utility Co. | 2420-000 | N/A | 29.40 | 29.40 | 29.40 |
| City of Las Cruces | 2420-000 | N/A | 21.92 | 21.92 | 21.92 |
| El Paso Electric Company | 2420-000 | N/A | 488.96 | 488.96 | 488.96 |
| Picacho Hills Utility Co. | 2420-000 | N/A | 24.43 | 24.43 | 24.43 |
| City of Las Cruces | 2420-000 | N/A | 23.13 | 23.13 | 23.13 |
| Picacho Hills Utility Co. | 2420-000 | N/A | 24.43 | 24.43 | 24.43 |
| City of Las Cruces | 2420-000 | N/A | 22.93 | 22.93 | 22.93 |
| El Paso Electric Company | 2420-000 | N/A | 52.60 | 52.60 | 52.60 |
| Charles F. Dickerson, Inc. | 3610-000 | N/A | 499.51 | 499.51 | 499.51 |
| Charles F. Dickerson, Inc. | 3620-000 | N/A | 336.74 | 336.74 | 336.74 |

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Picacho Hills Utility Co. | 2420-000 | N/A | 26.96 | 26.96 | 26.96 |
| City of Las Cruces | 2420-000 | N/A | 22.21 | 22.21 | 22.21 |
| El Paso Electric Company | 2420-000 | N/A | 103.87 | 103.87 | 103.87 |
| Picacho Hills Utility Co. | 2420-000 | N/A | 26.96 | 26.96 | 26.96 |
| City of Las Cruces | 2420-000 | N/A | 21.20 | 21.20 | 21.20 |
| El Paso Electric Company | 2420-000 | N/A | 58.24 | 58.24 | 58.24 |
| City of Las Cruces | 2420-000 | N/A | 21.20 | 21.20 | 21.20 |
| Picacho Hills Utility Co. | 2420-000 | N/A | 26.96 | 26.96 | 26.96 |
| El Paso Electric Company | 2420-000 | N/A | 72.89 | 72.89 | 72.89 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 72.59 | 72.59 | 72.59 |
| Charles F. Dickerson, Inc. | 3610-000 | N/A | 115.95 | 115.95 | 115.95 |
| Charles F. Dickerson, Inc. | 3620-000 | N/A | 31.61 | 31.61 | 31.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 28,624.51 | 56,784.18 | 56,784.18 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | New Mexico Dept. of Workforce Solutions | 5800-000 | N/A | 4,265.78 | 4,265.78 | 1,043.75 |
| 7 | City of Elephant Butte | 5800-000 | N/A | 90.81 | 0.00 | 0.00 |
| 29 -2 | Dona Ana County Treasurer's Office | 5800-000 | N/A | 116.31 | 116.31 | 28.46 |
| 33P | Morales General Contractors Inc | 5800-000 | N/A | 18,650.00 | 0.00 | 0.00 |
| 37 | Christopher Lugo and | 5800-000 | N/A | 9,500.00 | 2,425.00 | 593.35 |
| 38 -3 | Rick and Darice Palmier | 5800-000 | N/A | 2,425.00 | 2,425.00 | 593.35 |
| 39 -3 | Hanspeter and Renate Muller | 5800-000 | N/A | 2,425.00 | 2,425.00 | 593.35 |
| 40P | Pioneer Bank | 5800-000 | N/A | 23,408.16 | 0.00 | 0.00 |
| 43 -4 | Scot and Kim Martin | 5800-000 | N/A | 2,425.00 | 2,425.00 | 376.27 |

**UST Form 101-7-TDR (10/1/2010)**

|  | Clerk, United States Bankruptcy Court - Scot and | 5800-001 | N/A | N/A | N/A | 217.08 |
|  |---|---|---|---|---|---|
| 59P-2 | Internal Revenue Service | 5800-000 | 42,927.16 | 43,973.61 | 43,973.61 | 10,759.47 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 42,927.16 | 107,279.67 | 58,055.70 | 14,205.08 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Morrison Supply | 7100-000 | 43,032.27 | 43,574.24 | 43,574.24 | 0.00 |
| 2U | Ed and Bronte Nelson | 7100-000 | N/A | 13,441.05 | 0.00 | 0.00 |
| 2X | Ed and Bronte Nelson | 7100-000 | N/A | 40,756.52 | 0.00 | 0.00 |
| 4U | New Mexico Dept. of Workforce Solutions | 7100-000 | N/A | 336.80 | 336.80 | 0.00 |
| 5 | Landscape & Design Center, Inc. | 7100-000 | 13,788.30 | 14,413.79 | 14,413.79 | 0.00 |
| 6 | Cielo Vista Construction | 7100-000 | N/A | 35,520.00 | 35,520.00 | 0.00 |
| 8 | Geo-Test, Inc. | 7100-000 | N/A | 2,497.57 | 2,497.57 | 0.00 |
| 9 | Real Estate Guide of Las Cruces LLC | 7100-000 | 1,632.84 | 1,539.46 | 1,539.46 | 0.00 |
| 10 | Dale and Karen Woods | 7100-000 | N/A | 107,878.15 | 107,878.15 | 0.00 |
| 11 | Morales Welding | 7100-000 | 5,880.00 | 5,880.00 | 5,880.00 | 0.00 |
| 12 | Builders Source, Inc. | 7100-000 | N/A | 25,954.30 | 25,954.30 | 0.00 |
| 13 | Hardware Specialties & Glass Co. Inc. | 7100-000 | 3,278.69 | 3,278.69 | 3,278.69 | 0.00 |
| 14U | Eagle Security LLC | 7100-000 | N/A | 3,725.00 | 3,725.00 | 0.00 |
| 15 | Modrall Sperling Roehl Harris & Sisk, P.A. | 7100-000 | N/A | 880.69 | 880.69 | 0.00 |
| 18U | Bank of the Rio Grande | 7100-000 | N/A | 33,065.92 | 0.00 | 0.00 |
| 20 | Affordable Garage Doors | 7100-000 | 5,004.00 | 5,004.00 | 5,004.00 | 0.00 |
| 21 | Rokas Construction | 7100-000 | N/A | 9,835.00 | 9,835.00 | 0.00 |
| 22 | Las Cruces Locksmith | 7100-000 | N/A | 376.83 | 376.83 | 0.00 |
| 23 -2 | PSS Cleans | 7100-000 | N/A | 4,898.05 | 4,898.05 | 0.00 |
| 24 | Southwest Curb Cutting | 7100-000 | 200.00 | 200.00 | 200.00 | 0.00 |
| 25 | L&P Building Supply | 7100-000 | N/A | 4,531.98 | 4,531.98 | 0.00 |
| 26 | Torres Drywall | 7100-000 | 4,835.20 | 4,835.20 | 4,835.20 | 0.00 |
| 27 | Juan Ramon Perez | 7100-000 | 6,680.00 | 7,022.00 | 7,022.00 | 0.00 |
| 28 | GE Money Bank | 7100-000 | N/A | 3,322.74 | 3,322.74 | 0.00 |
| 30 | C&D Southwest Lumber Corp | 7100-000 | 7,564.33 | 7,804.88 | 7,804.88 | 0.00 |
| 31 | Mountain Dreams Publications | 7100-000 | N/A | 4,392.93 | 4,392.93 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 32U | CRNA Inc | 7100-000 | N/A | 50.00 | 0.00 | 0.00 |
| 34U | Art Glass, Inc. | 7100-000 | N/A | 4,646.71 | 4,646.71 | 0.00 |
| 35 | Joe Froman | 7100-000 | N/A | 5,577.59 | 5,577.59 | 0.00 |
| 41U | Pioneer Bank | 7100-000 | N/A | 204,554.66 | 0.00 | 0.00 |
| 42U | Pioneer Bank | 7100-000 | N/A | 14,008.88 | 0.00 | 0.00 |
| 44 | Qwest Corporation | 7100-000 | N/A | 1,532.02 | 1,532.02 | 0.00 |
| 45 | Aries Kleaning | 7100-000 | N/A | 1,925.88 | 1,925.88 | 0.00 |
| 46U | Foxworth Galbraith Lumber Company | 7100-000 | N/A | 382.05 | 0.00 | 0.00 |
| 47 | Denton Ventures | 7100-000 | 15,499.74 | 15,499.74 | 15,499.74 | 0.00 |
| 49U | Juan Garcia Tile Experts | 7100-000 | N/A | 1,401.40 | 1,401.40 | 0.00 |
| 51 | Masco Contractor Services, Inc. | 7100-000 | N/A | 3,800.00 | 3,800.00 | 0.00 |
| 58 | Rawson Inc Builders Supply | 7100-000 | 27,985.41 | 30,376.80 | 30,376.80 | 0.00 |
| 59U-2 | Internal Revenue Service | 7100-000 | N/A | 17,159.71 | 17,159.71 | 0.00 |
| 60 | Home Builders Gallery | 7100-000 | N/A | 739.21 | 739.21 | 0.00 |
| 61 | Pella Windows & Doors (Bonafair Management) | 7100-000 | N/A | 45,005.72 | 45,005.72 | 0.00 |
| 62 | El Paso Electric Co Inc | 7100-000 | N/A | 1,563.96 | 1,563.96 | 0.00 |
| 63 | Rodriguez Painting | 7100-000 | N/A | 16,437.60 | 16,437.60 | 0.00 |
| 64 | Enchanted Ventures, LLC | 7100-000 | N/A | 52,760.00 | 52,760.00 | 0.00 |
| 65 | Tom and Laurie Gormley | 7100-000 | N/A | 178,743.89 | 178,743.89 | 0.00 |
| 66 | Lorenzo & Ramona Rodriguez | 7100-000 | N/A | 16,437.60 | 0.00 | 0.00 |
| 67 | Sun Tech Services, Inc. | 7100-000 | N/A | 12,773.25 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 135,380.78 | 1,010,342.46 | 674,872.53 | 0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-13214-M7  
**Case Name:** DESERT SAGE BUILDING & DEVELOPMENT,

**Trustee:** (500560) KIERAN F. RYAN  
**Filed (f) or Converted (c):** 07/23/09 (f)  
**§341(a) Meeting Date:** 08/25/09  
**Claims Bar Date:** 11/25/09

**Period Ending:** 01/25/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1320 Estancia Real, Las Cruces, NM<br>Automatic Stay lifted | 649,000.00 | 207,300.00 | DA | 0.00 | FA |
| 2 | 8105 Constitution, Las Cruces, NM<br>Automatic Stay lifted | 1,017,000.00 | 352,731.50 | DA | 0.00 | FA |
| 3 | 1340 Picacho Hills, Las Cruces, NM<br>Automatic Stay lifted | 650,000.00 | 155,000.00 | DA | 0.00 | FA |
| 4 | Lot 1h; La Jolla del Monte, Las Cruces, NM<br>Automatic Stay lifted | 155,000.00 | 44,562.50 | DA | 0.00 | FA |
| 5 | Lot 1j; La Jolla del Monte, Las Cruces, NM<br>Automatic Stay lifted | 160,000.00 | 49,826.67 | DA | 0.00 | FA |
| 6 | Lot 1k; La Jolla del Monte, Las Cruces, NM<br>Automatic Stay lifted | 165,000.00 | 45,002.89 | DA | 0.00 | FA |
| 7 | Lot 75; Tierra Segrada, Las Cruces, NM<br>Automatic Stay lifted | 75,000.00 | 16,500.00 | DA | 0.00 | FA |
| 8 | Lot 16; Picacho Mountain, Las Cruces, NM<br>Automatic Stay lifted | 135,000.00 | 21,807.00 | DA | 0.00 | FA |
| 9 | Lot 108; Pueblos at Alameda Ranch, Phase 1<br>Automatic Stay lifted | 59,925.00 | 19,852.50 | DA | 0.00 | FA |
| 10 | Lot 109; Pueblos at Alameda Ranch, Phase 1<br>Automatic Stay lifted | 59,925.00 | 19,852.50 | DA | 0.00 | FA |
| 11 | Lot 115; Pueblos at Alameda Ranch, Phase 1<br>Automatic Stay lifted | 59,925.00 | 20,537.50 | DA | 0.00 | FA |
| 12 | Lot 116; Pueblos at Alameda Ranch, Phase 1<br>Automatic Stay lifted | 59,925.00 | 20,537.50 | DA | 0.00 | FA |
| 13 | Lot 119; Pueblos at Alameda Ranch, Phase 1<br>Automatic Stay lifted | 59,925.00 | 20,537.50 | DA | 0.00 | FA |
| 14 | Lot 121; Pueblos at Alameda Ranch, Phase 1<br>Automatic Stay lifted | 59,925.00 | 19,852.50 | DA | 0.00 | FA |
| 15 | Lot 122; Pueblos at Alameda Ranch, Phase 1<br>Automatic Stay lifted | 59,925.00 | 19,852.50 | DA | 0.00 | FA |
| 16 | Lot 72; Pueblos at Alameda Ranch, Phase 2<br>Automatic Stay lifted | 69,500.00 | 16,779.67 | DA | 0.00 | FA |

Exhibit 8
Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-13214-M7   **Trustee:** (500560)   KIERAN F. RYAN
**Case Name:** DESERT SAGE BUILDING & DEVELOPMENT,   **Filed (f) or Converted (c):** 07/23/09 (f)
  **§341(a) Meeting Date:** 08/25/09
**Period Ending:** 01/25/12   **Claims Bar Date:** 11/25/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Lot 73; Pueblos at Alameda Ranch, Phase 2 Automatic Stay lifted | 69,500.00 | 16,782.14 | DA | 0.00 | FA |
| 18 | Lot 74; Pueblos at Alameda Ranch, Phase 2 Automatic Stay lifted | 69,500.00 | 16,779.67 | DA | 0.00 | FA |
| 19 | Lot 75; Pueblos at Alameda Ranch, Phase 2 Automatic Stay lifted | 69,500.00 | 16,034.37 | DA | 0.00 | FA |
| 20 | Lot 76; Pueblos at Alameda Ranch, Phase 2 Automatic Stay lifted | 69,500.00 | 16,034.37 | DA | 0.00 | FA |
| 21 | Lot 77; Pueblos at Alameda Ranch, Phase 2 Automatic Stay lifted | 69,500.00 | 19,732.80 | DA | 0.00 | FA |
| 22 | Lot 106; Pueblos at Alameda Ranch, Phase 2 Automatic Stay lifted | 69,500.00 | 19,537.81 | DA | 0.00 | FA |
| 23 | Lot 107; Pueblos at Alameda Ranch, Phase 2 Automatic Stay lifted | 69,500.00 | 19,537.81 | DA | 0.00 | FA |
| 24 | Lot 108; Pueblos at Alameda Ranch, Phase 2 Automatic Stay lifted | 69,500.00 | 16,745.06 | DA | 0.00 | FA |
| 25 | Lot 109; Pueblos at Alameda Ranch, Phase 2 Automatic Stay lifted | 69,500.00 | 16,745.06 | DA | 0.00 | FA |
| 26 | Lot 110; Pueblos at Alameda Ranch, Phase 2 Automatic Stay lifted | 69,500.00 | 16,745.06 | DA | 0.00 | FA |
| 27 | Lot 111; Pueblos at Alameda Ranch, Phase 2 Automatic Stay lifted | 69,500.00 | 16,745.06 | DA | 0.00 | FA |
| 28 | Lot 123; Pueblos at Alameda Ranch, Phase 2 Automatic Stay lifted | 69,500.00 | 16,745.06 | DA | 0.00 | FA |
| 29 | 1120 Pueblo Gardens, Las Cruces, NM (See Footnote) | 266,000.00 | 0.00 | DA | 0.00 | FA |
| 30 | Operating Account - BBVA Compass Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 31 | Savings Account - BBVA Compass Bank | 418.65 | 418.65 | | 418.65 | FA |
| 32 | Bank Account - Bank of the rio Grande | 102.47 | 102.47 | | 49.92 | FA |
| 33 | Bank Account - First Community Bank | 50.00 | 50.00 | DA | 0.00 | FA |
| 34 | Bank Account - Pioneer Bank | 174.75 | 174.75 | | 167.23 | FA |

Exhibit 8
Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-13214-M7  **Trustee:** (500560) KIERAN F. RYAN
**Case Name:** DESERT SAGE BUILDING & DEVELOPMENT,  **Filed (f) or Converted (c):** 07/23/09 (f)
 **§341(a) Meeting Date:** 08/25/09
**Period Ending:** 01/25/12  **Claims Bar Date:** 11/25/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 35 | Deposit on Lot 52; Picacho Mountain (See Footnote) | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 36 | Deposit on Lot 1, Picacho Mountain (See Footnote) | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 37 | 25% interest in The Plaza at Picacho Hills, LLC (See Footnote) | 90,000.00 | 90,000.00 | DA | 0.00 | FA |
| 38 | Outstanding accounts receivable (See Footnote) | 742,345.00 | 0.00 | DA | 0.00 | FA |
| 39 | Lot credit - next lot purchase - Picacho Mnt Sub (See Footnote) | 20,000.00 | 20,000.00 | DA | 0.00 | FA |
| 40 | 1998 Nissan Frontier Truck | 3,733.00 | 3,733.00 | DA | 0.00 | FA |
| 41 | Office equipment, furnishings and supplies | 65,500.00 | 65,500.00 | | 30,195.00 | FA |
| 42 | Misc. building materials, supplies & small tools | 5,000.00 | 5,000.00 | | 5,805.00 | FA |
| 43 | Steinborn, Inc. lease $500/mo starting 6/09 (See Footnote) | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 44 | Undeposited funds-1340 Picacho Hills Dr. | 3,096.73 | 3,096.73 | | 3,096.73 | FA |
| 45 | Lease payment for 7/09 - Marvin & Tammy Menzies (See Footnote) | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 46 | 541 Lakeshore, Elephant Butte, NM | 532,456.00 | 0.00 | | 265,814.74 | FA |
| 47 | Trust account balance at Beasley, Mitchell & Co. (u) | 0.00 | 8,595.04 | | 8,595.04 | FA |
| 48 | Refund - advance for 6830 Bright View Rd. (u) | 0.00 | 607.82 | | 607.82 | FA |
| 49 | TAX REFUNDS (u) (u) | 0.00 | 0.00 | | 9,802.89 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 31.28 | FA |
| 50 | **Assets** **Totals** (Excluding unknown values) | **$6,065,851.60** | **$1,463,975.46** | | **$324,584.30** | **$0.00** |

RE PROP# 29  Abandoned to secured creditor - no equity - burdensome to the estate.
RE PROP# 35  Unable to collect.
RE PROP# 36  Unable to collect.
RE PROP# 37  Property title encumbered in litigation - percentage value too small to pursue
RE PROP# 38  Many attempts were made to collect accounts - all disputed - too burdensome to pursue.
RE PROP# 39  Unable to collect.
RE PROP# 43  Unable to liquidate.
RE PROP# 45  Unable to collect.

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-13214-M7  **Trustee:** (500560) KIERAN F. RYAN
**Case Name:** DESERT SAGE BUILDING & DEVELOPMENT,  **Filed (f) or Converted (c):** 07/23/09 (f)
  **§341(a) Meeting Date:** 08/25/09
**Period Ending:** 01/25/12  **Claims Bar Date:** 11/25/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

04/12/11
Pending: Objections to claims. Case ready for TFR. Dated changed to reflect additional time needed for the objections.

04/08/10
Trustee is investigating to see if there is any other property, personal or real, that can be liquidated.

**Initial Projected Date Of Final Report (TFR):** April 30, 2011  **Current Projected Date Of Final Report (TFR):** June 27, 2011 (Actual)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-13214-M7  
**Case Name:** DESERT SAGE BUILDING & DEVELOPMENT,  
**Taxpayer ID #:** **-***3304  
**Period Ending:** 01/25/12  

**Trustee:** KIERAN F. RYAN (500560)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****52-65 - Money Market Account  
**Blanket Bond:** $8,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/30/09 | {44} | Builders Trust of New Mexico | 2009 dividend | 1129-000 | 151.39 | | 151.39 |
| 07/30/09 | {44} | David R. Gordon TTE | Check found on premises, with no attachments. Reason for payment is unknown | 1129-000 | 2,945.34 | | 3,096.73 |
| 08/05/09 | {47} | Beasley, Mitchell & Co. LLP | Refund of trust account balance. | 1290-000 | 8,595.04 | | 11,691.77 |
| 08/10/09 | {32} | Bank of the Rio Grande | Bank account | 1129-000 | 49.92 | | 11,741.69 |
| 08/10/09 | {34} | Pioneer Bank | Bank account | 1129-000 | 167.23 | | 11,908.92 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 11,909.33 |
| 09/01/09 | {31} | BBVA Compass Bank | Balance in debtor's checking account | 1129-000 | 418.65 | | 12,327.98 |
| 09/09/09 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2009 FOR CASE #09-13214, Bond # 016024923 | 2300-000 | | 3.97 | 12,324.01 |
| 09/21/09 | | To Account #********5266 | For administrative expenses | 9999-000 | | 5,000.00 | 7,324.01 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 7,324.45 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,324.74 |
| 11/30/09 | | Charles F. Dickerson, Inc. | Proceeds from sale of assets at auction | | 24,937.50 | | 32,262.24 |
| | {41} | Charles F. Dickerson, Inc. | Proceeds from auction　　30,195.00 | 1129-000 | | | 32,262.24 |
| | | Charles F. Dickerson, Inc. | Auctioneer's commission　　-3,196.14<br>plus gross receipts tax | 3610-000 | | | 32,262.24 |
| | | Charles F. Dickerson, Inc. | Auctioneer's costs and　　-2,061.36<br>expenses | 3620-000 | | | 32,262.24 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 32,262.54 |
| 12/02/09 | | Dona Ana Title Company Inc | Proceeds from sale. (order of 11/6/09) | | 20,000.00 | | 52,262.54 |
| | {46} | | Total purchase price (per　　265,000.00<br>order of the court) | 1110-000 | | | 52,262.54 |
| | | Compass Bank | To pay off lien　　-245,000.00 | 4110-000 | | | 52,262.54 |
| 12/11/09 | {46} | Sierra Electric Cooperative, Inc | Credit balance - work order for construction at 541 Lakeshore Drive | 1110-000 | 814.74 | | 53,077.28 |
| 12/28/09 | 1002 | City of Las Cruces | Account No. 243400120-175352 | 2420-000 | | 22.12 | 53,055.16 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.10 | | 53,057.26 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.09 | | 53,059.35 |
| 02/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.21 | | 53,059.56 |
| 02/02/10 | | Wire out to BNYM account 9200******5265 | Wire out to BNYM account 9200******5265 | 9999-000 | -53,059.56 | | 0.00 |

Subtotals :　　$5,026.09　　$5,026.09

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 09-13214-M7 | **Trustee:** | KIERAN F. RYAN (500560) |
| **Case Name:** DESERT SAGE BUILDING & DEVELOPMENT, | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | **Account:** | ***-*****52-65 - Money Market Account |
| **Taxpayer ID #:** **-***3304 | **Blanket Bond:** | $8,500,000.00  (per case limit) |
| **Period Ending:** 01/25/12 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 5,026.09 | 5,026.09 | $0.00 |
| | | | Less: Bank Transfers | | -53,059.56 | 5,000.00 | |
| | | | **Subtotal** | | **58,085.65** | **26.09** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$58,085.65** | **$26.09** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-13214-M7  
**Case Name:** DESERT SAGE BUILDING & DEVELOPMENT,

**Taxpayer ID #:** **-***3304  
**Period Ending:** 01/25/12

**Trustee:** KIERAN F. RYAN (500560)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****52-66 - Checking Account  
**Blanket Bond:** $8,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/21/09 | | From Account #********5265 | For administrative expenses | 9999-000 | 5,000.00 | | 5,000.00 |
| 09/21/09 | 101 | De's Lock & Key | To re-key locks at 1340 Picacho Hills Drive, Las Cruces, NM | 2420-000 | | 37.60 | 4,962.40 |
| 09/23/09 | 102 | Picacho Hills Utility Co. | Account #969 (service at 1340 Picacho Hills Dr.) | 2420-000 | | 19.15 | 4,943.25 |
| 09/23/09 | 103 | City of Las Cruces | Account No. 243400120-175352 (Bill Number 154866) | 2420-000 | | 152.67 | 4,790.58 |
| 10/19/09 | 104 | Picacho Hills Utility Co. | Account #969 | 2420-000 | | 24.57 | 4,766.01 |
| 10/19/09 | 105 | El Paso Electric Company | Account #2075-0186-02 | 2420-000 | | 349.07 | 4,416.94 |
| 10/26/09 | 106 | City of Las Cruces | Rio Grande Natural Gas Association; Account #243400120-175352 | 2420-000 | | 19.76 | 4,397.18 |
| 11/12/09 | 107 | Picacho Hills Utility Co. | Account 969 | 2420-000 | | 24.43 | 4,372.75 |
| 11/12/09 | 108 | El Paso Electric Company | Account #2075-0186-02 | 2420-000 | | 139.91 | 4,232.84 |
| 11/16/09 | {48} | El Paso Electric Company | Refund - construction advance - 6830 Bright View Road, Las Cruces, NM (#04834) | 1290-000 | 607.82 | | 4,840.66 |
| 11/23/09 | 109 | Home Appliance Service, Inc. | | 2410-000 | | 133.23 | 4,707.43 |
| 12/01/09 | 110 | City of Las Cruces | Account No. 243400120-175352 | 2420-000 | | 20.77 | 4,686.66 |
| 12/09/09 | 111 | Picacho Hills Utility Co. | aCCOUNT 969; PERMIT 2055 | 2420-000 | | 24.57 | 4,662.09 |
| 12/09/09 | 112 | El Paso Electric Company | Account No. 2075-0186-02 | 2420-000 | | 97.80 | 4,564.29 |
| 01/25/10 | 113 | Picacho Hills Utility Co. | Account 969 | 2420-000 | | 29.40 | 4,534.89 |
| 01/25/10 | 114 | City of Las Cruces | Account No. 243400120-175352; Bill No. 402917 | 2420-000 | | 21.92 | 4,512.97 |
| 02/02/10 | | Wire out to BNYM account 9200******5266 | Wire out to BNYM account 9200******5266 | 9999-000 | -4,512.97 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,094.85 | 1,094.85 | $0.00 |
| | | | Less: Bank Transfers | | 487.03 | 0.00 | |
| | | | **Subtotal** | | 607.82 | 1,094.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$607.82** | **$1,094.85** | |

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-13214-M7  
**Case Name:** DESERT SAGE BUILDING & DEVELOPMENT,  

**Taxpayer ID #:** **-***3304  
**Period Ending:** 01/25/12  

**Trustee:** KIERAN F. RYAN (500560)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******52-65 - Money Market Account  
**Blanket Bond:** $8,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5265 | Wire in from JPMorgan Chase Bank, N.A. account ********5265 | 9999-000 | 53,059.56 | | 53,059.56 |
| 02/26/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.64 | | 53,062.20 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.16 | | 53,065.36 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.05 | | 53,068.41 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.15 | | 53,071.56 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.06 | | 53,074.62 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.15 | | 53,077.77 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.15 | | 53,080.92 |
| 09/03/10 | 11003 | Philip J. Montoya | Pursuant to Stipulated Order of 9/2/10 (doc #72)- turnover of funds deposited to wrong case | 8500-002 | | 8,595.04 | 44,485.88 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.99 | | 44,486.87 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 44,487.24 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 44,487.60 |
| 12/02/10 | | Charles F. Dickerson, Inc. | Sale of assets at auction - 10/30/10 (remaining remnents) | | 942.44 | | 45,430.04 |
| | {42} | | Gross received from auction  1,090.00 | 1129-000 | | | 45,430.04 |
| | | Charles F. Dickerson, Inc. | Auctioneer's fees plus tax  -115.95 | 3610-000 | | | 45,430.04 |
| | | Charles F. Dickerson, Inc. | Advertising expense  -31.61 | 3620-000 | | | 45,430.04 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 45,430.42 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 45,430.80 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 45,431.14 |
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 45,431.25 |
| 03/14/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 45,431.29 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 45,431.51 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 45,431.88 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 45,432.26 |
| 06/10/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.14 | | 45,432.40 |
| 06/10/11 | | To Account #9200******5266 | To prepare final account | 9999-000 | | 45,432.40 | 0.00 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 54,027.44 | 54,027.44 | $0.00 |
| | | | Less: Bank Transfers | | 53,059.56 | 45,432.40 | |
| | | | **Subtotal** | | **967.88** | **8,595.04** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$967.88** | **$8,595.04** | |

{} Asset reference(s)

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-13214-M7  
**Case Name:** DESERT SAGE BUILDING & DEVELOPMENT,  
**Taxpayer ID #:** **-***3304  
**Period Ending:** 01/25/12  

**Trustee:** KIERAN F. RYAN (500560)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******52-66 - Checking Account  
**Blanket Bond:** $8,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5266 | Wire in from JPMorgan Chase Bank, N.A. account ********5266 | 9999-000 | 4,512.97 | | 4,512.97 |
| 03/01/10 | 10115 | El Paso Electric Company | Account No. 2075-0186-02 | 2420-000 | | 488.96 | 4,024.01 |
| 03/01/10 | 10116 | Picacho Hills Utility Co. | Account 969 | 2420-000 | | 24.43 | 3,999.58 |
| 03/01/10 | 10117 | City of Las Cruces | Account No. 243400120-175352 | 2420-000 | | 23.13 | 3,976.45 |
| 03/12/10 | 10118 | Picacho Hills Utility Co. | Account 969 | 2420-000 | | 24.43 | 3,952.02 |
| 03/12/10 | 10119 | City of Las Cruces | Account No. 243400120-175352 | 2420-000 | | 22.93 | 3,929.09 |
| 03/12/10 | 10120 | El Paso Electric Company | Account No. 2075-0186-02 | 2420-000 | | 52.60 | 3,876.49 |
| 03/25/10 | | Charles F. Dickerson, Inc | Proceeds from sale of assets at auction | | 3,878.75 | | 7,755.24 |
| | {42} | Charles F. Dickerson, Inc. | Gross receipts - auction    4,715.00 of 2/9/10 | 1129-000 | | | 7,755.24 |
| | | Charles F. Dickerson, Inc. | Fees - 471.50; tax -      -499.51 28.01 | 3610-000 | | | 7,755.24 |
| | | Charles F. Dickerson, Inc. | Advertising and hauling        -336.74 | 3620-000 | | | 7,755.24 |
| 04/09/10 | 10121 | Picacho Hills Utility Co. | Account 969 | 2420-000 | | 26.96 | 7,728.28 |
| 04/09/10 | 10122 | City of Las Cruces | Account Number 243400120-175352 | 2420-000 | | 22.21 | 7,706.07 |
| 04/09/10 | 10123 | El Paso Electric Company | Account Number  2075-0186-02 | 2420-000 | | 103.87 | 7,602.20 |
| 05/11/10 | 10124 | Picacho Hills Utility Co. | Account 969 | 2420-000 | | 26.96 | 7,575.24 |
| 05/11/10 | 10125 | City of Las Cruces | Account No. 243400120-175352;  Bill No. 656849 | 2420-000 | | 21.20 | 7,554.04 |
| 05/11/10 | 10126 | El Paso Electric Company | Account No. 1268730000 | 2420-000 | | 58.24 | 7,495.80 |
| 06/11/10 | 10127 | City of Las Cruces | Account Number:  243400120-175352 | 2420-000 | | 21.20 | 7,474.60 |
| 06/11/10 | 10128 | Picacho Hills Utility Co. | Account Number  969 | 2420-000 | | 26.96 | 7,447.64 |
| 06/11/10 | 10129 | El Paso Electric Company | Account Number:  1268730000 | 2420-000 | | 72.89 | 7,374.75 |
| 08/20/10 | 10130 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2010 FOR CASE #09-13214, Bond # 016024923 | 2300-000 | | 72.59 | 7,302.16 |
| 06/10/11 | | From Account #9200******5265 | To prepare final account | 9999-000 | 45,432.40 | | 52,734.56 |
| 07/26/11 | 10131 | Beasley, Mitchell & Co., LLP | Dividend paid 100.00% on $27,823.60, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 27,823.60 | 24,910.96 |
| 07/26/11 | 10132 | Beasley, Mitchell & Co., LLP | Dividend paid 100.00% on $336.07, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 336.07 | 24,574.89 |
| 07/26/11 | 10133 | New Mexico Dept. of Workforce Solutions | Dividend paid   8.95% on $4,265.78; Claim# 4P; Filed: $4,265.78; Reference: | 5800-000 | | 381.85 | 24,193.04 |
| 07/26/11 | 10134 | Dona Ana County Treasurer's Office | Dividend paid   8.95% on $116.31; Claim# 29 -2; Filed: $116.31; Reference: | 5800-000 | | 10.41 | 24,182.63 |
| 07/26/11 | 10135 | Christopher Lugo and | Dividend paid   8.95% on $2,425.00; Claim# 37; | 5800-000 | | 217.08 | 23,965.55 |

Subtotals :         $53,824.12         $29,858.57

{} Asset reference(s)

Exhibit 9

Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-13214-M7 | | **Trustee:** | KIERAN F. RYAN (500560) |
| **Case Name:** | DESERT SAGE BUILDING & DEVELOPMENT, | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******52-66 - Checking Account |
| **Taxpayer ID #:** | **-***3304 | | **Blanket Bond:** | $8,500,000.00 (per case limit) |
| **Period Ending:** | 01/25/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $9,500.00; Reference: | | | | |
| 07/26/11 | 10136 | Rick and Darice Palmier | Dividend paid 8.95% on $2,425.00; Claim# 38-3; Filed: $2,425.00; Reference: | 5800-000 | | 217.08 | 23,748.47 |
| 07/26/11 | 10137 | Hanspeter and Renate Muller | Dividend paid 8.95% on $2,425.00; Claim# 39-3; Filed: $2,425.00; Reference: | 5800-000 | | 217.08 | 23,531.39 |
| 07/26/11 | 10138 | Scot and Kim Martin | Dividend paid 8.95% on $2,425.00; Claim# 43-4; Filed: $2,425.00; Reference: Stopped on 11/10/11 | 5800-000 | | 217.08 | 23,314.31 |
| 07/26/11 | 10139 | Internal Revenue Service | Dividend paid 8.95% on $43,973.61; Claim# 59P-2; Filed: $43,973.61; Reference: | 5800-000 | | 3,936.33 | 19,377.98 |
| 07/26/11 | 10140 | KIERAN F. RYAN | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 19,377.98 | 0.00 |
| | | | Dividend paid 100.00%    18,559.32 on $18,559.32; Claim# ; Filed: $18,559.32 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    818.66 on $818.66; Claim# ; Filed: $818.66 | 2200-000 | | | 0.00 |
| 09/12/11 | {49} | United States Treasury | Tax refund - F-941 for period ending 12/08 | 1224-000 | 10.31 | | 10.31 |
| 09/12/11 | {49} | United States Treasury | Tax Refund - F-941 for period ending 03/09 | 1224-000 | 3,310.87 | | 3,321.18 |
| 09/12/11 | {49} | United States Treasury | Tax refund - F-1120 for period ending 12/08 | 1224-000 | 6,481.71 | | 9,802.89 |
| 11/10/11 | 10138 | Scot and Kim Martin | Dividend paid 8.95% on $2,425.00; Claim# 43-4; Filed: $2,425.00; Reference: Stopped: check issued on 07/26/11 | 5800-000 | | -217.08 | 10,019.97 |
| 11/10/11 | 10141 | Clerk, United States Bankruptcy Court | REISSUED CHECK FROM STALE CHECK PROCESSING | 5800-001 | | 217.08 | 9,802.89 |
| 11/29/11 | 10142 | New Mexico Dept. of Workforce Solutions | Dividend paid 24.46% on $4,265.78; Claim# 4P; Filed: $4,265.78; Reference: | 5800-000 | | 661.90 | 9,140.99 |
| 11/29/11 | 10143 | Dona Ana County Treasurer's Office | Dividend paid 24.46% on $116.31; Claim# 29-2; Filed: $116.31; Reference: | 5800-000 | | 18.05 | 9,122.94 |
| 11/29/11 | 10144 | Christopher Lugo and | Dividend paid 24.46% on $2,425.00; Claim# 37; Filed: $9,500.00; Reference: | 5800-000 | | 376.27 | 8,746.67 |
| 11/29/11 | 10145 | Rick and Darice Palmier | Dividend paid 24.46% on $2,425.00; Claim# 38-3; Filed: $2,425.00; Reference: | 5800-000 | | 376.27 | 8,370.40 |
| 11/29/11 | 10146 | Hanspeter and Renate Muller | Dividend paid 24.46% on $2,425.00; Claim# 39-3; Filed: $2,425.00; Reference: | 5800-000 | | 376.27 | 7,994.13 |
| 11/29/11 | 10147 | Scot and Kim Martin | Dividend paid 24.46% on $2,425.00; Claim# 43-4; Filed: $2,425.00; Reference: | 5800-000 | | 376.27 | 7,617.86 |

Subtotals :   $9,802.89   $26,150.58

{} Asset reference(s)   Printed: 01/25/2012 09:29 AM   V.12.57

Exhibit 9

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-13214-M7  
**Case Name:** DESERT SAGE BUILDING & DEVELOPMENT,

**Taxpayer ID #:** **-***3304  
**Period Ending:** 01/25/12

**Trustee:** KIERAN F. RYAN (500560)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******52-66 - Checking Account  
**Blanket Bond:** $8,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/29/11 | 10148 | Internal Revenue Service | Dividend paid 24.46% on $43,973.61; Claim# 59P-2; Filed: $43,973.61; Reference: | 5800-000 | | 6,823.14 | 794.72 |
| 11/29/11 | 10149 | KIERAN F. RYAN | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 794.72 | 0.00 |
| | | | Dividend paid 100.00%    490.14<br>on $19,049.46; Claim# ;<br>Filed: $19,049.46 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    304.58<br>on $1,123.24; Claim# ;<br>Filed: $1,123.24 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 63,627.01 | 63,627.01 | $0.00 |
| | | | Less: Bank Transfers | | 49,945.37 | 0.00 | |
| | | | **Subtotal** | | 13,681.64 | 63,627.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,681.64** | **$63,627.01** | |

```
           Net Receipts :      73,342.99
   Plus Gross Adjustments :   251,241.31
Less Other Noncompensable Items :  8,595.04
                              _____
            Net Estate :     $315,989.26
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****52-65 | 58,085.65 | 26.09 | 0.00 |
| Checking # ***-*****52-66 | 607.82 | 1,094.85 | 0.00 |
| MMA # 9200-******52-65 | 967.88 | 8,595.04 | 0.00 |
| Checking # 9200-******52-66 | 13,681.64 | 63,627.01 | 0.00 |
| | **$73,342.99** | **$73,342.99** | **$0.00** |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In Re:

DESERT SAGE BUILDING & DEVELOPMENT, INC.
dba East Mesa Homes, Inc.
dba Desert Service, LLC,

No. 7-09-13214-SL

Debtor.

## REPORT TO THE COURT OF UNCLAIMED
## FUNDS TO BE DEPOSITED INTO THE COURT REGISTRY

Pursuant to 11U.S.C. §347(a) and Bankruptcy Rule 3011, I report to the Court that I will deposit the total sum of $217.08 with the Clerk of the Court for transmission to the United States Treasury. These monies represent unclaimed funds. All known names and addresses of the entities and the amounts which they are entitled to be paid as listed here:

| | |
|---|---|
| Scot and Kim Martin<br>c/o Atty Damian L. Martinez<br>P. O. Box 2699<br>Las Cruces, New Mexico 88004 | $217.08 |

Respectfully submitted,

*{Electronic Signature}*
**KIERAN F. RYAN**
Trustee in Bankruptcy
P.O. Box 26
Las Cruces, NM 88004
Phone: (575) 523-1515
Fax: (575) 523-8833

I hereby certify that a true and correct copy of the foregoing pleading was mailed, faxed emailed or otherwise delivered to Damian L. Martinez, counsel for payees, on this 11th day of November, 2011.

*{Electronic Signature}*
Kieran F. Ryan