Dennis Chavez Federal Building and United States Courthouse
500 Gold Avenue SW, 10th Floor
PO Box 546
Albuquerque, NM 87103−0546
505−348−2500/866−291−6805
www.nmcourt.fed.us/usbc

Case No.: 09−13214−s7
Chapter: 7
Judge: James S. Starzynski
Judge/341 Location: SL

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Desert Sage Building & Development, Inc.
 aka East Mesa Homes, Inc.
 aka Desert Services, LLC
8423 Forrester Blvd.
Springfield, VA 22152
Tax ID No: 85−0443304

## **FINAL DECREE**

The estate of the debtor(s) having been fully administered,

IT IS ORDERED that Kieran F. Ryan is discharged as trustee of the estate, the bond is cancelled, and this chapter 7 case is closed.

 

      James S. Starzynski
      United States Bankruptcy Judge

nm_finaldecree.jsp